UNITED STATES of America,
Plaintiff–Appellee,

v.

Steven Ray HALL, Defendant–
Appellant.

No. 05–11031
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 19, 2006.

Jackie D. Ferguson, Ferguson & Ferguson, Huntsville, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Marc James Ayers, appointed counsel for Steven Ray Hall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hall was provided a copy of the brief and has not filed any opposition to the motion.

Our independent review of the entire record reveals that counsel's thorough assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion

to withdraw is **GRANTED**, and Hall's conviction and sentence are **AFFIRMED**.